JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFESSIONAL TOWING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ORANGE, et al., <br><br> Defendants. | Case No. 8:22-cv-00333-KES <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Court's Memorandum Opinion and Order, judgment is entered against Plaintiff and for Defendants on all claims.

DATED: August 22, 2023

_____
KAREN E. SCOTT
United States Magistrate Judge

1